IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **AURSCANT HUGHEY-BEY, #126443,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   CIVIL NO. 04-893-JPG |
| | ) |
| **ILLINOIS SECRETARY of STATE,** | ) |
| **ILLINOIS DEPARTMENT of PUBLIC** | ) |
| **HEALTH, UNITED STATES** | ) |
| **DEPARTMENT of STATE, and UNITED** | ) |
| **STATES PAROLE COMMISSION,** | ) |
| | ) |
| **Defendants.** | ) |

## **JUDGMENT**

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A.  The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed as legally frivolous. Dismissal is with prejudice.  Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

July 14, 2005                                               By:   s/ J. Phil Gilbert
*Date*                                                                 *District Judge*